FILED
2008 JUL 30 AM 11:17
CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

'08 MJ 2334

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>Roberto PENA-Salas<br>Defendant. | Magistrate Case No.:<br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

That on or about July 29, 2008, within the Southern District of California, defendant Roberto PENA-Salas did knowingly and intentionally import approximately 64.42 kilograms (141.72 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21,United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

[signature]
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 30TH, DAY OF JULY 2008.

[signature]
Jan M. Adler
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Roberto PENA-Salas

STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to US Immigration and Customs Enforcement Special Agent Joe Morquecho.

On July 29, 2008 at approximately 1042 hours, Roberto PENA-Salas entered the United States at the Calexico, California, East Port of Entry. PENA was the driver of 1993 Mitsubishi Galant. Customs Border Protection Officer Cardenas was assigned to primary lanes when PENA entered his lane. PENA gave Officer Cardenas a negative oral customs declaration. PENA told Officer Cardenas that he was going to Wal-Mart in Calexico, CA. PENA said that the vehicle belonged to a friend and that the friend asked him to cross the vehicle into the United States. PENA said that his friend was sick and that he could not bring the vehicle into the United States himself. Officer Cardenas referred PENA and the vehicle to the vehicle secondary lot.

In the vehicle secondary lot, Officer Baca received a negative oral Customs Declaration from PENA. Officer Baca noted that PENA appeared nervous. PENA stated a friend asked him to drop the vehicle off in Calexico, CA. Officer Baca requested that Canine Enforcement Officer (CEO) Gonzalez screen the vehicle for contraband with his assigned Narcotic and Human Detector Dog (NHDD). CEO Gonzalez noted that his NHDD alerted to the vehicle.

PENA was advised of his Constitutional Rights, acknowledged and waived them. PENA said that he was going to take the vehicle to a gas station to meet someone who would give him a ride to San Diego in another vehicle.

A subsequent inspection of the vehicle revealed 32 packages in the tires of the vehicle. Officer Baca probed one of the packages and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 32 packages had a combined net weight of approximately 64.42 kilograms (141.72 pounds).